1  SARA RIEF, SBN: 227279
   LAW OFFICES OF HANLON & RIEF
2  179 11TH Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorneys for Defendant
   MARVIN BAKER

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARVIN BAKER, <br><br> Defendant. | No. CR 13-0028 CW <br> No. CR 11-0094 CW <br><br> **STIPULATION & [PROPOSED] ORDER FOR REFERENCE TO MAGISTRATE JUDGE** |

    Defendant MARVIN BAKER, by his counsel Sara Rief, and the United States Attorney, by its counsel Assistant U.S. Attorney Kevin Barry, hereby jointly request that the Court refer Mr. Baker to the Magistrate Judge on duty for entry of plea on October 23, 2013 at 9:30 a.m.

Dated: October 17, 2013       */s/Sara Rief*
                                           Sara Rief
                                           LAW OFFICES OF HANLON & RIEF


Dated: October 17, 2013       */s/Kevin Barry*
                                           Kevin Barry
                                           Assistant United States Attorney
                                           Office of The United States Attorney

1
2                               [PROPOSED] ORDER

3          By Stipulation of the parties,

4      **IT IS HEREBY ORDERED** that defendant Mr. Baker is hereby referred to the

5  Magistrate Judge on duty for change of plea on October 23, 2013 at 9:30 a.m.

6      **IT IS SO ORDERED.**

7
8  Dated:    10/18/2013
                                       HONORABLE JUDGE CLAUDIA WILKEN
9                                      Chief, United States District Judge

10
...
28 *Stipulation and [Proposed] Order for Reference: BAKER*                                      2